UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Case: 1:23-mj-00280 |
| v. | : Assigned To : Faruqui, Zia M. |
| DEANGELO LORENZO LEWIS, | : Assign. Date : 10/25/2023 |
| Defendant. | : Description: Complaint W/ Arrest Warrant |

<u>**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**</u>

I, Tyler Wells, Deputy United States Marshal, being duly sworn, depose and state as follows:

1.  I have been employed as a Deputy United States Marshal for more than five years. As a Deputy United States Marshal, I am charged with enforcing all laws in all jurisdictions of the United States, its territories, and possessions. Currently, I am a Criminal Investigator assigned to the Fugitive and Criminal Investigations Section for the United States Marshals Service, District of Columbia – Superior Court office. Additionally, I serve as a Task Force Officer on the Federal Bureau of Investigation's Washington, D.C. Violent Crimes Task Force. Your affiant has personally arrested numerous individuals for violent crimes; including homicide, rape, carjacking, armed robbery, firearm related offenses, and has recovered numerous firearms.

2.  I base the facts set forth in this affidavit upon my personal knowledge, information obtained during my participation in this investigation, review of documents, knowledge obtained from other individuals including law enforcement personnel, and communications with others who have personal knowledge of the events and circumstances described herein. Because this affidavit is being submitted for the limited purpose of enabling this Court to make a judicial determination of probable cause for the requested warrant, I have not included each and every fact known to me

concerning this investigation.  I have set forth only the facts that I believe are necessary to establish the legal basis for the issuance of a search warrant.

3. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D) (Possession With Intent to Distribute Marijuana); 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); 18 U.S.C. § 922(n) (Unlawful Possession of a Firearm by a Person Under a Felony Indictment); and 18 U.S.C. § 924(c)(1)(A)(i) (Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Offense) have been committed by **DEANGELO LORENZO LEWIS ("LEWIS")**.

4. On October 3, 2023, Your Affiant and other Deputy United States Marshals ("DUSMs") Service developed information on the whereabouts of **LEWIS** – who had multiple active warrants for his arrest. Based on that information, DUSMs responded to 2425 17th Street NW, Apartment #214, Washington, D.C. 20009 ("the PREMISES"), knocked on the door and announced, "this is the police with a warrant come to the door." A male voice responded, "hold on." After several minutes of no response, police re-announced their presence, stating "this is the police with a warrant, open the door." At approximately this time, DUSMs stationed outside the building observed **LEWIS** attempting to flee the PREMISES via the balcony. When challenged by the DUSMs, **LEWIS** re-entered the PREMISES. DUSMs then breached the door and entered the PREMISES, where they encountered **LEWIS** and took him into custody.

5. While taking **LEWIS** into custody and performing a security sweep of the PREMISES, DUSMs observed the following items in plain view: Cannon VersaCheck printer

which is used to print bank-compliant checks, computers, multiple bank cards not in **LEWIS'** name, a Maryland driver's license not in **LEWIS'** name, blank check stock commonly used to counterfeit checks, marijuana, and narcotics packaging material. The items observed in plain view are consistent with charges contained in the Indictment against **LEWIS** in United States District Court case 23-CR-223-DLB – one of the cases where a warrant for **LEWIS'** arrest had been issued.

6.      While inside the PREMISES, DUSMs encountered W1 who stated that **LEWIS** resided at the PREMISES.  W1 stated that IT came to the PREMISES to "hang out" with **LEWIS** at **LEWIS'** invitation. W1 stated that **LEWIS** was the only occupant of the PREMISES when it arrived, and it believed **LEWIS** was the only individual that resided at the PREMISES.

7.      On October 3, 2023, D.C. Superior Court Judge Jason Park signed Search Warrant 2023-CSWLD-3616, authorizing the search of the PREMISES.  Upon that warrant's issuance, Your Affiant and other DUSMs searched the PREMISES and discovered the following evidence (in addition to the items mentioned above):

   a.      A total of twenty-four (24) ounces – roughly 1 ½ pounds – of marijuana, contained within multiple plastic bags.  DUSMS also discovered and seized a digital scale and dozens of small mylar bags consistent with the distribution of marijuana.







.

b. A Century Arms Micro Draco 7.62 x 39mm semi-automatic assault pistol bearing serial number ROA21PF7774 located inside of a black backpack. The Micro Draco was loaded with one round of 7.62 x 39mm ammunition in the chamber and twenty-four rounds of 7.62 x 39mm ammunition in the magazine. Inside that same backpack were two handgun magazines chambered for 9mmm ammunition, containing a total of seven rounds of 9mm ammunition. No corresponding 9mm handgun was recovered.



8.  DUSMs also discovered keys to a Mercedes automobile and located a Mercedes sedan in the parking garage which matched the keys in **LEWIS'** apartment. Given that DUSMs discovered 9mm ammunition, but no corresponding 9mm handgun, in **LEWIS'** apartment, a K9 officer was called in to "sniff" the Mercedes sedan. The K9 officer alerted to the presence of a firearm in the vehicle, and DUSMs executed a probable cause search of the vehicle. DUSMs did not discover any firearms during the search, but did discover Virginia Department of Motor Vehicles documentation indicating that the Mercedes sedan was registered to **LEWIS.**



9.  Your Affiant observed surveillance video from the Apartment Complex which includes the PREMISES, and observed video from October 2, 2023 – one day prior to the search – which showed **LEWIS** carrying the backpack in which the Micro Draco firearm was discovered.

   a.  The first video clip shows **LEWIS** carrying the backpack near the white Mercedes sedan.



b. The second video clip shows **LEWIS** carrying the backpack in the elevator. Your Affiant is able to recognize **LEWIS** in this video, despite not being able to see his face, because of his build and distinctive hairstyle – and also because **LEWIS** was wearing these same clothes when DUSMs arrested him on October 3, 2023.



7

10. Your Affiant also observed Instagram evidence related to **LEWIS** which included two videos depicting **LEWIS** in possession of the Micro Draco firearm prior to its seizure on October 3, 2023.

    a. In the first video **LEWIS** and another man are inside an apartment. During this video, **LEWIS** – wearing a white tank top – and the other man smoke what appears to be a hand-rolled cigarette with the Micro Draco on the counter in front of them. During this video, **LEWIS** picks up and handles the Micro Draco, and the other man picks up and handles a black handgun. Screenshots from the video appear below.



    b. In the second video, **LEWIS** is seated inside of a vehicle that I recognize from the search on October 3, 2023, to be the Mercedes sedan. During this video, **LEWIS** removes the Micro Draco from the black backpack that it was discovered in during the search, and places it in his lap.

8



11.    LEWIS was previously convicted of Carrying a Pistol Without a License on July 19, 2018, in D.C. Superior Court Case 2017 CF2 09792, which is a crime punishable by more than one year.  In addition, on June 6, 2023, in D.C. Superior Court Case 2022 CF2 003136, LEWIS was arraigned on an Indictment that included multiple felony charges, including Unlawful Possession of a Firearm by a Felon, Felony Fleeing, Unauthorized Use of a Motor Vehicle, and Felony Destruction of Property. As such **LEWIS** both had a pending Indictment in a felony case and a prior felony conviction of which he was aware at the time of this offense.

12.    Your Affiant knows that there are no firearms or ammunition manufacturers in the District of Columbia.  Therefore the firearm and ammunition would have had to travel interstate.

13.    Based on the foregoing, your affiant asserts that there is probable cause to conclude that, on or about October 3, 2023, in the District of Columbia, **DEANGLEO LORENZO LEWIS**,

violated 21 U.S.C. §§ 841(a)(l) and 841(b)(1)(D), which make it a crime to possess, with the intent to distribute, marijuana; 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm; 18 U.S.C. § 922(n), which makes it a crime for a person who is under Indictment for a felony crime to possess a firearm; and 18 U.S.C. § 924(c)(l)(A)(i), which makes it a crime to use, carry, and possess a firearm during, in relation to, and in furtherance of a drug trafficking offense.

_____
Tyler Wells
Deputy United States Marshal

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on October 25, 2023.

_____
ZIA M. FARUQUI
United States Magistrate Judge