UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DEANGELO LEWIS,**<br><br>　　　　Defendant. | Crim. Action No. 1:23MJ280-ZMF |

**MOTION TO WITHDRAW AS COUNSEL**

  Undersigned counsel respectfully moves the Court to permit counsel from the Office of the Federal Public Defender to withdraw as counsel of record in the above-captioned case. Undersigned counsel was appointed on October 27, 2023. Since then, Mr. Lewis has requested new counsel. Dwight Crawley has agreed to enter a notice of appearance and shall do so shortly. Accordingly, undersigned counsel moves this Court for an Order permitting counsel to withdraw.

Respectfully Submitted,

_____/s/_____
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500