UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 23-MJ-280 |
| v. | : | VIOLATIONS: |
| DEANGELO LORENZO LEWIS, | : | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D) |
| | : | (Possession With the Intent to Distribute Marijuana) |
| Defendant. | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| | : | (Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Offense) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 3, 2023, within the District of Columbia, **DEANGELO LORENZO LEWIS**, knowingly and intentionally distributed and possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D)).

### COUNT TWO

On or about October 3, 2023, within the District of Columbia, **DEANGELO LORENZO LEWIS**, knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, in D.C. Superior Court Case Number 2017-CF2-009792, did unlawfully and knowingly possess a firearm, to wit, a Century Arms Mini Draco 7.62 x 39mm semi-automatic firearm, 7.62 x 39mm ammunition, and 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about October 3, 2023, within the District of Columbia, **DEANGELO LORENZO LEWIS**, did unlawfully and knowingly use and carry a firearm, to wit a Century Arms Mini Draco 7.62 x 39mm semi-automatic firearm, during and in relation to, and did knowingly possess said firearm in furtherance of, a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, Count One of this Indictment which is incorporated herein.

**(Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i)).

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One of this Indictment, **DEANGELO LORENZO LEWIS**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result

of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2. Upon conviction of the offenses alleged in Count Two or Count Three of this Indictment, **DEANGELO LORENZO LEWIS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

(a) Century Arms Mini Draco 7.62 x 39mm semi-automatic firearm bearing serial number ROA21PF7774, seized on October 3, 2023.

(b) Twenty-five rounds of 7.62 x 39mm ammunition seized on October 3, 2023.

(c) Seven rounds of 9mm ammunition seized on October 3, 2023.

(d) Two 9mm firearm magazines seized on October 3, 2023.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON.

*[signature]*

Attorney of the United States in
and for the District of Columbia.