UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 24-CR-144 (LLA) |
| : | |
| DEANGELO LORENZO LEWIS, : | |
| : | |
| Defendant. : | |

## JOINT PRETRIAL STATEMENT

Comes Now, the United States of America, by and through its attorneys the United States Attorney for the District of Columbia and undersigned counsel, and Defendant Deangelo Lorenzo Lewis, by and through his attorney Steven R. Kiersh, Esq., and respectfully submits this Joint Pretrial Statement pursuant to the Court's Order dated September 3, 2024 (Docket Entry 40).

**A.    STATEMENT OF PLEA OFFER**

The United States offered a "global" plea offer to Defendant on January 4, 2024, which would have resolved both the above-captioned case and Case Number 2022-CF2-003136. Defendant rejected this plea agreement, through counsel prior to filing pretrial motions.

On September 16, 2024, the United States made a second plea offer. In that offer, the United States agreed that, if the Defendant pled guilty to Count Two of the Indictment, the United States would agree to dismiss Counts One and Three at Sentencing. Under the terms of the plea offer, the United States calculates Defendant's advisory Guidelines range as 41 to 51 months.[1]  The offer was communicated to Steven R. Kiersh, Esq., counsel for Defendant, on September 16, 2024, via electronic mail.

---

[1] The United States calculates that Defendant's advisory Guidelines range, if he is convicted of all counts at trial, would be 117 to 131 months based on the loss of credit under U.S.S.G. § 3E1.1 and the fact that, by statute, the Guidelines range of 60 months associated with Count Three must be served consecutively to any other sentence.

On September 28, 2024, Steven R. Kiersh, Esq., notified undersigned counsel that he communicated the United States' plea offer to Defendant on September 27, 2024. Defendant stated his intent to reject the plea offer at that time.

**B.     JOINT STATEMENT OF THE CASE**

Defendant Deangelo Lorenzo Lewis is charged by Indictment with the following offenses: Unlawful Possession with the Intent to Distribute Marijuana, Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year; and Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Offense. The charges arise from Defendant Deangelo Lorenzo Lewis' arrest and law enforcement's search of 2425 17th Street, Northwest, Apartment 214, Washington, D.C., on October 3, 2023. Defendant Deangelo Lorenzo Lewis maintains his innocence as to each of the charges in the Indictment.

**C.     PROPOSED VOIR DIRE QUESTIONS**

The parties' proposed *voir dire* questions are attached as Exhibit One.

**D.     PROPOSED JURY INSTRUCTIONS**

The parties' proposed jury instructions are attached as Exhibit Two.

**E.     EXPERT WITNESSES**

Carmen L. Masters, Senior Forensic Chemist at the Drug Enforcement Administration, will testify to the identity of drugs that the Deputy United States Marshals seized on October 3, 2023. Ms. Masters will testify to the September 9, 2024, analysis she performed on approximately 191.33 grams of plant material. Ms. Masters will testify that this plant material is Marijuana. She will testify that she memorialized this in her report that she signed on September 12, 2024. The Notice of Expert Witness for Ms. Masters was filed on the Docket at Docket Entry 46.

Scott F. Brown, Senior Police Officer with the Metropolitan Police Department and Task Force Officer with the Federal Bureau of Investigation will testify that the volume of marijuana seized by Deputy United States Marshals on October 3, 2023, is consistent with distribution of marijuana rather than personal use. Senior Officer Brown will also testify that the packaging material and digital scale seized by Deputy United States Marshals on October 3, 2023, are also consistent with distribution of marijuana rather than personal use. Senior Officer Brown will also testify that persons engaged in the unlawful distribution of controlled substances will often possess firearms to defend themselves, their drugs, and their cash from robbery. The Notice of Expert Witness for Senior Officer Brown was filed on the Docket at Docket Entry 46.

F.   **MOTIONS *IN LIMINE***

The United States' Motions *In Limine* (Docket Entry 42) have not yet been ruled upon.

G.   **DEFENDANT'S PRIOR CONVICTIONS**

If the Defendant testifies, the United States intends to use his prior convictions to impeach him, as outlined in its Motion and Notice Regarding Rules 404(b) and 609 (Docket Entry 43).

H.   **EXHIBIT LIST**

The United States' Exhibit List, which notes the exhibits to which Defendant objects, is attached as Exhibit Three.

Defendant's Exhibit List, which notes the exhibits to which the United States objects, is attached as Exhibit Four.

I.   **STIPULATIONS**

The parties are in communication regarding a number of stipulations, which are still under consideration by the Defendant.

**J.     VERDICT FORM**

The proposed verdict form is attached as Exhibit Five.

**K.     PROPOSED SCHEDULE FOR WITNESS LIST AND JENCKS**

The United States' Proposed List is attached as Exhibit Six. Defendant has been provided with Jencks material for these witnesses to the extent that such material exists.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              UNITED STATES ATTORNEY
                              D.C. Bar No. 481052

By:            */s/ James B. Nelson*
                    JAMES B. NELSON
                    D.C. Bar No. 1613700
                    Assistant United States Attorney
                    Federal Major Crimes Section
                    601 D. Street, N.W.
                    Washington, D.C. 20530
                    (202) 252-6986
                    james.nelson@usdoj.gov

                    */s/ Jacqueline O. Yarbro*
                    JACQUELINE O. YARBRO
                    D.C. Bar No. 1617572
                    Assistant United States Attorney
                    Federal Major Crimes Section
                    601 D. Street, N.W.
                    Washington, D.C. 20530
                    (202) 252-7248
                    jacqueline.yarbro@usdoj.gov