UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

V.                                    24-cr-144 (LLA)

DeANGELO LEWIS

DEFENSE WITNESS LIST

**EXHIBIT NUMBER    OBJECTION NOTED    MARKED FOR I.D.    WITNESS    SENT TO JURY**

Ex 1.

Defendant's Driver's        Relevance

License

Ex. 2.

LLC Articles of Incorporation    Relevance

Ex. 3

Lease for 2425 17th Street, N.W.    Relevance

Apt. 214 Washington, D.C.